MARY DERLICKA et al., Appellants, *v.* SAMUEL LEO, Respondent, Impleaded with Others.

Argued November 12, 1940; decided November 26, 1940.

*William Logan, Jr.*, and *Helen F. Tuohy* for appellants.

*Thomas H. Clearwater* and *Lorenz J. Brosnan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.